# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RAFIQ BIN BASHIR BIN JALULL ALHAMI, *et al.*,  :
:
Petitioners,  :
:
v.  :  Civil Action No. 05-359 (GK)
:
BARACK OBAMA, *et al.*,  :
:
Respondents.  :

## ORDER

On October 6, 2009, the Court received a Joint Status Report in this case. Counsel for the parties agree that the case should remain stayed for another 60 days or until December 1, 2009. The parties request that the Protective Order in place in this action (Dkt. No. 93) remain in force during the stay.

**IT IS SO ORDERED**.

October 7, 2009

/s/_____
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**